# ELECTRONIC RECORD

| | |
|---|---|
| COA # 05-12-01465-CR | OFFENSE: 19.03 |
| STYLE: Kwaylon Williams v. The State of Texas | COUNTY: Dallas |
| COA DISPOSITION: AFFIRM | TRIAL COURT: Criminal District Court No. 7 |
| DATE: 7/30/2014    Publish: NO | TC CASE #: F-11-56237 |

# IN THE COURT OF CRIMINAL APPEALS

| | |
|---|---|
| STYLE: Kwaylon Williams v. The State of Texas | CCA #: **1281-14** |
| _____PRO SE_____ Petition | CCA Disposition: _____ |
| FOR DISCRETIONARY REVIEW IN CCA IS: | DATE: _____ |
| _____REFUSED_____ | JUDGE: _____ |
| DATE: _JANUARY 28, 2015_ | SIGNED: _____    PC: _____ |
| JUDGE: _____ | PUBLISH: _____    DNP: _____ |

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**